**Petition for Writ of Mandamus Denied and Opinion filed August 5, 2021.**



**In The**

# Fourteenth Court of Appeals

**NO. 14-21-00355-CR**

**IN RE DAVID LEE HART, Relator**

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**178th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1654409**

## MEMORANDUM OPINION

On June 29, 2021, relator David Lee Hart filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Kelli Johnson, presiding judge of the 178th District Court of Harris County, to rule on relator's motion for bond reduction.

As shown in the State's response to relator's petition, relator is represented by counsel. A defendant is not entitled to hybrid representation, and, as a

consequence, a trial court is free to disregard any pro se motions presented by a defendant who is represented by counsel. *Jenkins v. State*, 592 S.W.3d 894, 902 n.47 (Tex. Crim. App. 2018). Moreover, in the absence of a right to hybrid representation, relator's pro se petition for writ of mandamus presents nothing for this court's review. *See Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995); *Turner v. State*, 805 S.W.2d 423, 425 n.1 (Tex. Crim. App. 1991).

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Bourliot, Poissant, and Wilson.

Do Not Publish — Tex. R. App. P. 47.2(b).